**THE LAW OFFICES OF
REBECCA M. PLEVEL, P.C.**
125 E. Elm, #101
PO Box 878
Flagstaff, Arizona  86002
Phone (928)214-7260
Fax     (928) 214-7259

Rebecca M. Plevel  AZ Bar No.  014074
rebecca.plevel@azbar.org

Attorney for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha L. Membery,  ) | Case No.: 3:13-CV-08095-DGC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF DEPOSITION OF |
| ) | LAUREN ADAMS |
| Hale' Aina Mekiko, LLC., et al, ) | |
| ) | |
| Defendant. ) | |

  PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30, Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by laws to administer oaths.

  PERSON TO BE EXAMINED:  Lauren Adams

  DATES & TIMES OF DEPOSITION: March 6, 2014 at 10:00 a.m.

  PLACE OF DEPOSITION: Matheson & Matheson
             15300 N. 90th Street, Suite 550
             Scottsdale, AZ 85260

1  Testimony shall be recorded by stenographic means before a Notary Public or
2 some other officer authorized by law to administer Oaths.  Oral examination will
3 continue from day-to-day, excluding Sundays and holidays, until completed, unless
4 otherwise mutually agreed.
5  Dated this 18th day of February, 2014.

6  THE LAW OFFICES OF REBECCA M. PLEVEL, PC

7

8  BY:   /s/ Rebecca M. Plevel
           Rebecca M. Plevel
9           Attorney for Plaintiff

10

11  **CERTIFICATE OF SERVICE**

12  I hereby certify that on February 18th, 2014 I electronically filed the foregoing
with the Clerk of the Court, using the CM/ECF system, which will send notification of
13 such filing to all parties and will mail all notifications of such filing to all non-CM/ECF
system participants.
14

15   /s/ Rebecca Plevel

16

17 Copy of the foregoing mailed this
18th day of February, 2014 to:
18

19 Matheson & Matheson
Darrel Jackson
20 15300 N. 90st Street, Suite 550
Scottsdale, AZ 85260
21

22 Performance Reporters
201 E. Birch Ave., Suite 9
23 Flagstaff, AZ 86001

24

25 By: /s/ Rebecca Plevel

2