**THE LAW OFFICES OF**
**REBECCA M. PLEVEL, P.C.**
125 E. Elm, #101
PO Box 878
Flagstaff, Arizona  86002
Phone (928)214-7260
Fax     (928) 214-7259

Rebecca M. Plevel  AZ Bar No.  014074
rebecca.plevel@azbar.org

Attorney for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha L. Membery, | ) |
| | ) Case No.: 3:13-CV-08095-DGC |
| Plaintiff, | ) |
| | ) |
| vs. | ) NOTICE OF DEPOSITION OF MARK |
| | ) SHUGRUE |
| Hale' Aina Mekiko, LLC., et al, | ) |
| | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30, Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by laws to administer oaths.

PERSON TO BE EXAMINED:  Mark Shugrue

DATES & TIMES OF DEPOSITION: March 5, 2014 at 10:00 a.m.

PLACE OF DEPOSITION: Matheson & Matheson
15300 N. 90th Street, Suite 550
Scottsdale, AZ 85260

1       Testimony shall be recorded by stenographic means before a Notary Public or

2   some other officer authorized by law to administer Oaths.  Oral examination will

3   continue from day-to-day, excluding Sundays and holidays, until completed, unless

4   otherwise mutually agreed.

5       Dated this <u>18th</u> day of February, 2014.

6                     THE LAW OFFICES OF REBECCA M. PLEVEL, PC

7

8                 BY:   <u>/s/ Rebecca M. Plevel</u>

9                       Rebecca M. Plevel
                    Attorney for Plaintiff

10

11                     **CERTIFICATE OF SERVICE**

12       I hereby certify that on February 18th, 2014 I electronically filed the foregoing

13   with the Clerk of the Court, using the CM/ECF system, which will send notification of
such filing to all parties and will mail all notifications of such filing to all non-CM/ECF

14   system participants.

15                     <u>/s/ Rebecca Plevel</u>

16

17   Copy of the foregoing mailed this

18    18th day of February, 2014 to:

19   Matheson & Matheson
Darrel Jackson

20   15300 N. 90st Street, Suite 550
Scottsdale, AZ 85260

21

22   Performance Reporters
201 E. Birch Ave., Suite 9

23   Flagstaff, AZ 86001

24

25   By:  */s/ Rebecca Plevel*