# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha L. Membery,<br><br>      Plaintiff,<br><br>vs.<br><br>Hale' Aina Mekiko, LLC,<br><br>      Defendant. | No. CV-13-8095-PCT DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having considered the parties Notice of Settlement and Joint Motion for Dismissal with Prejudice (Doc. 54), and for good cause appearing:

**IT IS HEREBY ORDERED** that the joint motion for dismissal (Doc. 54) is **granted**. This matter is dismissed in its entirety with prejudice. Other than what was provided for in the parties' settlement agreement, each party will bear her or its own attorneys' fees and costs.

Dated this 13th day of March, 2014.

_____
David G. Campbell
United States District Judge